No. 00–141. WADIBIA *v.* AUBURN UNIVERSITY ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–142. TILLEY, INDIVIDUALLY AND AS TRUSTEE FOR TILLEY SIX TRUST AND T. T. FARMS TRUST, ET AL. *v.* NORTH CAROLINA DEPARTMENT OF TRANSPORTATION. Ct. App. N. C. Certiorari denied.

No. 00–143. AZIZ *v.* TRI-STATE UNIVERSITY. C. A. 7th Cir. Certiorari denied.

No. 00–144. DIGGS *v.* VIRGINIA. Ct. App. Va. Certiorari denied.

No. 00–145. MULTI RESOURCE USA, INC., ET AL. *v.* MAO ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–146. LAMON *v.* CONNER ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–148. SOLEM *v.* COURTER, COMMISSIONER OF AGRICULTURE AND CONSUMER SERVICES OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 00–153. MITCHELL *v.* KATZ ET AL. C. A. 1st Cir. Certiorari denied.

No. 00–154. DAWAHARE *v.* SPENCER ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–155. WHITEHORN *v.* TURNER ET AL., CO-EXECUTORS OF THE ESTATE OF TURNER. C. A. 6th Cir. Certiorari denied.

No. 00–158. BROWN *v.* ADIDAS USA, INC., AKA ADIDAS AMERICA, INC. C. A. 9th Cir. Certiorari denied.

No. 00–159. MARCELLO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–161. NEGRON-RIVERA *v.* MADERAS TRATADAS, INC. C. A. 1st Cir. Certiorari denied.